DAVID B. LOWRY
9900 SW Greenburg Road
Columbia Business Center, Suite 235
Portland, Oregon 97223
(503) 245-6309
OSB NO. 73372

Attorney for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

**Robert Strauss**

        **Plaintiff,**

vs.                              Civil No. 06-cv-1488-TC

**Commissioner of Social Security**

        **Defendant.**                **ORDER GRANTING AWARD**
                                            **OF EAJA FEES**

    Pursuant to Stipulation, and good cause appearing therefore,

    IT IS ORDERED, ADJUDGED and DECREED that the plaintiff is granted judgment against defendant for expenses in the amount of **$10.30**, costs in the amount of **$22.12**, and attorney's fees in the amount of **$4605.81**, pursuant to EAJA, 28 U.S.C. § 2412 and 28 U.S.C. § 1920. Payment should be made to plaintiff's attorney

    Done this __1__ day of __Aug__, 2006.

                                                                 _____
                                                                 Judge

Page 1 - **ORDER GRANTING AWARD OF EAJA FEES**